IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTERN DIVISION
No. 7:19-CV-00249-D

| | |
|---|---|
| RENEE LOCKLEAR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW SAUL,[1] ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | ORDER FOR PAYMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $5,150.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $400.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charles F. Hall, IV and mailed to his office at 2200 Silas Creek Parkway, Suite 5A, Winston-Salem, NC 27103, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this ____4____ day of November, 2020

JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE

_____

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the `Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).